# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10324
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 6, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DIEGO ALBERTO CASTILLEJA-LIMON,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CR-211-1

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:*

Diego Alberto Castilleja-Limon appeals his sentence of 16 months of imprisonment and three years of supervised release for illegal reentry after deportation. He argues that the district court erroneously determined that his sentence was subject to an enhancement under 8 U.S.C. § 1326(b). He asserts that his indictment did not allege that he had a prior conviction, and that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10324

therefore, the enhancement violated his due process rights because his sentence exceeded the statutory maximum.

The Government has filed an unopposed motion for summary affirmance, asserting that *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), forecloses Castilleja-Limon's argument. Castilleja-Limon concedes that his argument is foreclosed and explains that he raises it only to preserve it for further review; thus, summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the Government's motion for summary affirmance is GRANTED. The judgment is AFFIRMED. The Government's alternative motion for an extension of time to file a brief is DENIED.